| Date | Pleading Number | |
|---|---|---|
| 11/4/74 | 1. | MOTION -- of plaintiffs Joseph T. Montesani, et al. and Jean Watkins, Executrix of the Estate of Arthur M. Watkins, Deceased, w/supporting brief and certificate of service. Complaints in each of the three actions involved are attached as Exhibits A, B & C. REQUESTED TRANSFEREE FORUM: S. D. NEW YORK |
| 1/3/74 | | HEARING ORDER- Setting for hearing in Phoenix, Arizona Jan. 24, 1975  A-1 and A-3 (Mailed 2) |
| 1/17/75 | | CORRECTION ORDER -- to delete Jan. 25, 1975 on HEARING ORDER filed on Jan. 3, 1975 and to insert Jan. 24, 1975. |
| 1/20/75 | | WAIVER OF ORAL ARGUMENT AND SUGGESTION THAT MATTER BE SUBMITTED ON THE BRIEFS -- Movant w/service |
| 6/11/75 | | APPERANCES -- James F. Hespen, General Construction Corp., Sidney A. Swink and Carolyn Hancock Swinck; David M. Duree for St. Paul Fire & Marine Insurance Co., and Commercial & Industrial Builders, inc.; Edward C. Cody for Times Square Investment Corp. and E. E. Curtis, Jr. |
| 6/19/75 | | CONSENT OF TRANSFEREE COURT -- CH. J. EDELSTEIN -- for transfer of actions under 28 U.S.C. §1407 to S.D.N.Y. |
| 6/19/75 | | OPINION AND ORDER -- transferring actions to JUDGE JOHN M. CANELLA for coordinated or consolidated pretrial under 28 U.S.C. §1407 |

## Description of Litigation

### IN RE AMERADA HESS CORPORATION ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) __Jan. 24, 1975__

Date(s) of Opinion(s) or Order(s) __6/19/75__

Consolidation Ordered __✓__   Name of Transferee Judge __John M. Cannella__

Consolidation Denied ___   Transferee District __S.D. New York__   M-21-15

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James Milonas, et al. v. Amerada Hess Corp. | S.D.N.Y. Bonsal / Cannella | 73 Civ. 4263 | | | 4/23/81 Closed | Montesani & Watkins Mot. 11/4/74 |
| A-2 | Joseph T. Montesani, et al. v. Amerada Hess Corp. | S.D. Fla. Eaton | 74-750-JE | 6/19/75 | 75-3024-JMC | 12/30/77 | " |
| A-3 | Jean Watkins, etc. v. Amerada Hess Corp. | S.D. Fla. Eaton | 74-204-Civ-JE | 6/19/75 | 75-3023-JMC | 12/30/77 | " " |
| XYZ-1 | James Castoe, et al. v. Amerada Hess Corp. | S.D.N.Y. | 74 Civ. 3978 | | | 4/27/78 | |

CERTIFIED CORRECT JULY 1976    3/72 XYZ  4 final

Ditto July 1977

July 1978  2 TR / 2XYZ / 3 D.S.) 1 Pdg.
July 1979 — Same
July 1980 — Same
July 1981 — Same
July 1982 — Closed

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 192 -- IN RE AMERADA HESS CORPORATION ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| JAMES MILONAS, ET AL. (A-1)<br>JOSEPH T. MONTESANI, ET AL. (A-2)<br>JEAN WATKINS, ETC. (A-3)<br>Warren D. Mulloy, Esquire<br>1622 Locust Street<br>Philadelphia, PA 19103 | AMERADA HESS CORPORATION<br>Adlai S. Hardin, Jr., Esquire<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |